JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THY B. PHAM, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 8:23-cv-00234-DOC (DFM)<br><br>(Honorable David O. Carter)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [24]**<br><br>Complaint Filed: February 7, 2023 |

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: September 27, 2023

_____
HONORABLE DAVID O. CARTER.
UNITED STATES DISTRICT JUDGE